IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIKE HUCKABEE,<br><br>                   Plaintiff,<br><br>      v.<br><br>META PLATFORMS, INC.,<br><br>                   Defendant. | Civil Action No. 1:24-cv-00773 (GBW) |

**DEFENDANT META PLATFORMS, INC.'S**
**MOTION TO DISMISS THE COMPLAINT UNDER RULE 12(b)(6)**

Defendant Meta Platforms, Inc. respectfully moves the Court to dismiss this action in its entirety, pursuant to Federal Rule of Civil Procedure 12(b)(6), for failure to state a claim upon which relief can be granted. The grounds for this motion are set forth in the accompanying Opening Brief in support of the motion and upon the papers, records and pleadings on file with the Court.

|  |  |
|---|---|
| | PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP |
| OF COUNSEL: | By: */s/ Matthew D. Stachel* |
| | Matthew D. Stachel (No. 5419) |
| Karen L. Dunn | 1313 North Market Street, Suite 806 |
| PAUL, WEISS, RIFKIND, | P.O. Box 32 |
| WHARTON & GARRISON LLP | Wilmington, DE 19899-0032 |
| 2001 K Street, NW | (302) 655-4410 |
| Washington, DC 20006-1047 | mstachel@paulweiss.com |
| (202) 223-7300 | |
| kdunn@paulweiss.com | *Attorneys for Defendant Meta Platforms, Inc.* |

Walter F. Brown
Meredith R. Dearborn
PAUL, WEISS, RIFKIND,
 WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
(628) 432-5100
wbrown@paulweiss.com
mdearborn@paulweiss.com

Dated:  September 5, 2024