IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIKE HUCKABEE,<br><br>                    Plaintiff,<br><br>      v.<br><br>META PLATFORMS, INC.,<br><br>                    Defendant. | Civil Action No. 1:24-cv-00773 (GBW) |

**[PROPOSED] ORDER GRANTING DEFENDANT META PLATFORMS, INC.'S MOTION TO DISMISS THE COMPLAINT UNDER RULE 12(b)(6)**

The Court, having fully considered Defendant Meta Platforms, Inc.'s Motion to Dismiss the Complaint under Rule 12(b)(6) (the "Motion to Dismiss"), its supporting briefs, any opposition thereto, and the arguments of the parties, it is this _____ day of _____, 202_, hereby ORDERED that the Motion to Dismiss is GRANTED and the Complaint is dismissed as to Defendant Meta Platforms, Inc. in its entirety and with prejudice.

Dated:_____        _____
                                   The Hon. Gregory B. Williams
                                   United States District Judge