# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

**MIKE HUCKABEE**

　　Plaintiff,

v.

**META PLATFORMS, INC.**

　　Defendant

Case No.　24-cv-773-GBW

## STIPULATION AND PROPOSED ORDER
## REGARDING TIME EXTENSION

　　WHEREAS, on July 1, 2024, Plaintiff Mike Huckabee filed his Complaint against Defendant Meta Platforms, Inc.; and

　　WHEREAS, the Defendant filed its Motion to Dismiss on September 5, 2024;

　　WHEREFORE, the parties, through their undersigned counsel, hereby agree, subject to the Court's approval, that the following schedule shall govern the remaining briefs on Defendant's Motion to Dismiss:

　　　　The time for Plaintiff to file its Answering Brief in opposition to the Motion to Dismiss is hereby extended through and including October 7, 2024; and

The time for Defendant to file its Reply Brief in further support of the Motion to Dismiss is hereby extended through and including October 28, 2024.

DATED: September 17, 2024                Respectfully submitted,

**BELLEW, LLC**

*/s/ Sean J. Bellew*
Sean J. Bellew, Delaware Bar No. 4072
sjbellew@bellewllc.com
2961 Centerville Rd., Ste. 302
Wilmington, DE 19808
(302) 252-4951

**POYNTER LAW GROUP, PLLC**

_____
Scott Poynter, Ark Bar 09077*
scott@poynterlawgroup.com
Daniel Holland, Ark Bar 2019237*
daniel@poynterlawgroup.com
Clay Ellis, Ark. Bar 2023183*
clay@poynterlawgroup.com
4924 Kavanaugh Blvd.
Little Rock, AR 72207
(501) 812-3943

*Admitted pro hac vice*

*Attorneys for Plaintiff*

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

*/s/ Matthew D. Stachel*
Matthew D. Stachel (Delaware Bar No. 5419)
1313 North Market Street, Suite 806
P.O. Box 32
Wilmington, DE 19899-0032
(302) 655-4410
mstachel@paulweiss.com

Karen L. Dunn*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
(202) 223-7300
kdunn@paulweiss.com

Walter F. Brown*
Meredith R. Dearborn*
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
(628) 432-5100
wbrown@paulweiss.com
mdearborn@paulweiss.com

*\*Of Counsel*

*Attorneys for Defendant*

SO ORDERED.

DATED:_____  _____
HONORABLE GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE