# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

**MIKE HUCKABEE**

    Plaintiff,

v.

**META PLATFORMS, INC.**

    Defendant

Case No.    24-cv-773-GBW

## MIKE HUCKABEE'S REQUEST FOR ORAL ARGUMENT

Plaintiff Mike Huckabee, moving under Local Rule 7.1.4, respectfully requests to be heard in oral argument in this case. Plaintiff believes that further opportunity for the parties and the Court to discuss the issues would be beneficial and appropriate.

DATED: October 10, 2024

Respectfully submitted,

**BELLEW, LLC**

*/s/ Sean J. Bellew*
Sean J. Bellew, Delaware Bar No. 4072
sjbellew@bellewllc.com
2961 Centerville Rd., Ste. 302
Wilmington, DE 19808
(302) 252-4951

**POYNTER LAW GROUP, PLLC**

Scott Poynter, Ark Bar 09077*
scott@poynterlawgroup.com
Daniel Holland, Ark Bar 2019237*

daniel@poynterlawgroup.com
Clay Ellis, Ark. Bar 2023183*
clay@poynterlawgroup.com
4924 Kavanaugh Blvd.
Little Rock, AR 72207
(501) 812-3943

*Admitted pro hac vice*

*Attorneys for Plaintiff*