IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MIKE HUCKABEE, | |
| Plaintiff, | |
| v. | Civil Action No. 24-773-GBW |
| META PLATFORMS, INC, | |
| Defendant. | |

## ORDER

At Wilmington this 18th day of November 2024, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss (D.I. 17) is **GRANTED**. The dismissal shall be with prejudice.

GREGORY B. WILLIAMS
UNITED STATES DISTRICT JUDGE