# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

---

**MIKE HUCKABEE**

    Plaintiff,

v.

**META PLATFORMS, INC.**

    Defendant

Civil Action No. 24-773-GBW

> Deleted: *<object>*

> Deleted: Case
> Deleted: _____

---

**FIRST AMENDED COMPLAINT**

---

COMES NOW Plaintiff, Mike Huckabee, and for his First Amended Complaint against Meta Platforms, Inc., alleges as follows:

**INTRODUCTION**

1.    This case concerns Meta Platforms, Inc.'s approval and maintenance of false and deceptive advertisements that unlawfully appropriated the name, photograph, and image of Mike Huckabee—i.e., his intellectual property. Meta profited from these unlawful advertisements, and because of Meta's approval, these advertisements reached millions of Facebook users.

**PARTIES**

2.    Plaintiff Mike Huckabee ("Plaintiff" or "Huckabee" or "Governor") is a citizen of Arkansas and resident of Pulaski County, Arkansas. Huckabee is a Baptist

Formatted: Header

minister, the former governor of Arkansas, a two-time presidential candidate, a New York Times best-selling author, and a nationally syndicated radio and television host. More recently, President-Elect Donald J. Trump has chosen Plaintiff to serve as U.S. Ambassador to Israel.

3.      Meta Platforms, Inc., formerly known as Facebook, Inc., is a Delaware corporation with its principal place of business located 1601 Willow Road, Menlo Park, California, 94025. Its registered agent for service of process is Corporation Service Company at 251 Little Falls Drive, Wilmington, Delaware 19808.

Deleted: ,

## JURISDICTION AND VENUE

4.      This Court has subject matter jurisdiction over these claims because the parties are completely diverse and the amount in controversy exceeds $75,000. 28 U.S.C. § 1332(a)(1).

Deleted: ,

5.      This Court has personal jurisdiction over Meta because Meta is incorporated in Delaware and has engaged in substantial business within this District.

6.      Venue is proper in this District because Meta is incorporated in Delaware. 28 U.S.C. § 1391(b)(2).

## FACTUAL ALLEGATIONS

7.      Meta is the parent company of Facebook and Instagram—two social media platforms with global reach. Together, Facebook and Instagram have more than 5 billion monthly active users.

Formatted: Header

8.      As one of the most dominant social media companies in the world, Meta is in the business of selling advertisements to support its operations. In fact, almost 98% of Meta's $134 billion dollars in revenue last year came from the sale of advertisements.

9.      Meta allows its advertisers to target their advertisements as broadly or narrowly as they wish. On Facebook, for example, advertisers can pay to have products or other messages appear in users' news feeds. These advertisers can pay even more to have their advertisements appear more prominently on users' news feeds.

10.     Meta collects user data to train machine-learning algorithms to predict what content will keep and attract users. In 2018, Facebook's director of analytics, Dan Zigmond, explained that about 2,000 posts appear on a user's feed every day, but the average user only looks at the first 200 posts. As a result, Meta decides which posts appear at the top of users' newsfeed to maximize exposure to certain posts, including advertisements.

11.     According to Ad Observer, a research project by New York University, online advertisements are usually seen only by the audience the advertiser targets, and then they disappear.

12.     Plaintiff is a nationally recognized politician and political commentator who has spent years cultivating his credibility and image. Between Facebook, X, and Instagram, Plaintiff has more than 3.8 million followers. He has authored fourteen books, hosts a nationally broadcasted television show on Trinity Broadcasting Network, and makes numerous appearances each month on other news networks.

3

13.    In or around, May of 2024, Plaintiff learned advertisements were appearing on Facebook that claimed he would be leaving Trinity Broadcast Network to pursue "[a] greater purpose":



The supposed greater purpose was to endorse and promote Fortin CBD gummies.

14.    Another advertisement falsely claimed that Plaintiff was suffering from health problems but that a miracle had helped him turn his life around:



4

Formatted: Header

Again, the alleged miracle was CBD.

15.    The images used in these advertisements are altered (and potentially AI-generated) photographs of Plaintiff.

16.    A third advertisement took Facebook users to a website that appeared to be FoxNews.com:



But the advertisement, linked on Facebook, was not from Fox News. Instead, the advertisement was disguised as Fox News in another ruse to promote Fortin CBD gummies.

Deleted: The
Deleted: however

17.    Using unauthorized photographs and fictitious quotes, the advertisement claimed Plaintiff was leaving his show on Trinity Broadcasting Network because of a

5

**Formatted:** Header

four-year battle with an autoimmune disease. Adding to this lie, the advertisement falsely claimed that Plaintiff used Fortin CBD gummies to replace opioids and painkillers.

18.    The faux Fox News advertisement attributed several fictitious quotes to Plaintiff, including:

a.    "My health has not been good for years. I was in a four-year battle with this autoimmune disease, but without getting into all the details, the bottom line is it would leave all my major muscle in pain pretty much 24 hours a day. This led to extreme sleep deprivation too, which further weakened my immune system[.]"

b.    "Some older men and women see CBD as having the hallucinogenic effects like 'pot' or 'weed' but that's not true at all. CBD has no THC whatsoever, which means there are absolutely no hallucinogenic effects. As a God-fearing Christian, I would never in my life take drugs of any kind. CBD is completely safe, but the negative stigma around it meant there was still a problem with the CBD products on the market."

c.    "After connecting with this world[-]renowned team of doctors and scientists who found a solution to this problem, I can confidently say CBD is the future of medicine in America. This product is all natural, and is especially helpful for older people like myself [sic] battling high blood pressure, chronic pain, and sleep deprivation. I've never felt healthier[,] and I owe it all to this miracle."

d.    "CBD cured me and can save American lives[.]"

19.    The advertisement referred to Fortin CBD gummies as "Huckabee's product[,]" inaccurately claiming that Plaintiff is the CEO of Fortin. In a deceptive attempt to get Facebook users to quickly buy the allegedly Huckabee-owned and -endorsed CBD gummies, the advertisement claims that Plaintiff's main challenge in selling the CBD gummies is that demand exceeds supply because Plaintiff's "CBD wellness line is not only 90% cheaper but also five times more effective than similar offerings from Bayer and other 'Big Pharma' Companies."

6

**Moved down [1]:** <#>weekend my immune system[.]"¶

¶
"Some older men and women see CBD as having the hallucinogenic effects like 'pot' or 'weed' but that's not true at all. CBD has no THC whatsoever, which means there are absolutely no hallucinogenic effects. As a God-fearing Christian, I would never in my life take drugs of any kind. CBD is completely safe, but the negative stigma around it meant there was still a problem with the CBD products on the market."¶

¶
"After connecting with this world[-]renowned team of doctors and scientists who found a solution to this problem, I can confidently say CBD is the future of medicine in America. This product is all natural, and is especially helpful for older people like myself [sic] battling high blood pressure, chronic pain, and sleep deprivation. I've never felt healthier[,] and I owe it all to this miracle."¶

¶
"CBD cured me and can save American lives[.]"¶

¶

Formatted: Header

20.     According to Snopes, Meta's Ad Library reveals the advertisements went live on April 9, 2024. These advertisements remained visible and accessible to Facebook users until at least June 6, 2024.

21.     Shortly after a conversation with Plaintiff about his case, links to the advertisements that Plaintiff had shared with undersigned counsel mysteriously became inaccessible.

Deleted: <object>¶

**This content isn't available right now**
When this happens, it's usually because the owner only shared it with a small group of people, changed who can see it or it's been deleted.

**Go to News Feed**

**Go back**
**Visit Help Center**

22.     Plaintiff has talked to numerous fans who, unfortunately, believed these advertisements were true and purchased the CBD products. Without the unauthorized use of Plaintiff's name, photograph, and likeness, these fans would likely have never purchased the CBD products.

23.     Because Meta approved, published, and maintained advertisements that unauthorizedly used and exploited Plaintiff's name, photograph, and likeness, Plaintiff is now wrongly associated with the CBD industry and marijuana use.

7

24.     Facebook's hosting of fraudulent advertisements for CBD products is nothing new. Since as early as 2021, news outlets have reported similar instances where Facebook has approved and maintained advertisements that unauthorizedly exploited the name, image, and likeness of other media personalities to sell CBD products. Some of these fraudulent advertisements included: "Laura Ingraham in the Hot Seat with Big Pharma Following Latest Business Venture"; "Big Pharma In Outrage Over Jeanine Pirro's Latest Business Venture – She Fires Back With This!"; "Fox News Cutting Ties With Sean Hannity Over Breach of Contract?"; and "Big Phrama [sic] in Outrage Over Sanjay Gupta's Latest Business Venture – He Fires Back With This!"

## COUNT I
## VIOLATIONS OF THE FRANK BROYLES PUBLICITY PROTECTION ACT
### Arkansas Code Annotated § 4-75-1101 *et seq.*

25.     Plaintiff incorporates all allegations asserted above.

26.     The Frank Broyles Publicity Protection Act ("FBPPA") recognizes that Arkansans "[s]hould have the use of their names, voices, signatures, photographs, and likenesses protected for their benefit and the benefit of their families." Ark. Code Ann. § 4-75-1102(a)(4). Accordingly, the FBPPA "[p]rotect[s] the names, voices, signatures, photographs, and likenesses of the citizens of this state from exploitation and unauthorized commercial use without the consent of the citizen[.]" Ark. Code Ann. § 4-75-1102(a)(4).

8

Formatted: Header

27.    As an individual, Plaintiff is a person under the FBPPA. Ark. Code Ann. § 4-75-1103(4)(A).

28.    The FBPPA prohibits the unauthorized commercial use of the name, voice, signature, photograph, or likeness of an individual. Ark. Code Ann. § 4-75-1108(a).

29.    "Commercial use" means the use of an individual's readily identifiable name, voice, signature, photograph, or likeness (1) for advertising, selling, or soliciting purchases of products, merchandise, goods, or services, or (2) on or in connection with products, merchandise, goods, or other commercial activity that is not exempt under the FBPPA. Ark. Code Ann. § 4-75-1103(1)(A).

30.    Under Arkansas law, Plaintiff has an intellectual property right in his name, photograph, and likeness. *See* Restatement (Second) of Torts § 652I cmt. b (Am. Law Inst. 1977). And the Third Circuit has recognized that intellectual property includes a person's right to publicity. *Hepp v. Facebook*, 14 F.4th 204, 212–13 (3d Cir. 2021); *see also Zacchini v. Scripps-Howard Broad. Co.*, 433 U.S. 562, 573 (1977) (explaining that the right of publicity is an individual property right that is "closely analogous . . . to patent and copyright" because it focuses "on the right of the individual to reap the reward of his endeavors and [has] little to do with protecting feelings or reputation").

31.    Section 230 of the Communications Decency Act does not shield Meta from a claim under the FBPPA because the ads were Meta's own first-party speech and Meta in an information content provider. On November 18, 2024, this Court found Meta's publication of the ads about Huckabee's false use of CBD products and ownership in a

Deleted: Plaintiff's claims concern his intellectual property. 47 U.S.C. § 230 (e)(2).

9

Formatted: Header

CBD company to be "first-party speech," and further, that Meta was an "information content provider" and not immune to the Governor's claims. D.I.24.

32.     In violation of the FBPPA, Meta reviewed, approved, published, and maintained the advertisements that unauthorizedly appropriated and unlawfully exploited the Governor's name, photograph, image, and likeness—to sell CBD products without Plaintiff's permission to do so.

> Deleted: Plaintiff's intellectual property—his
> Deleted: .

33.     Under Ark. Code Ann. § 4-75-1108, the elements of a FBPPA violation are:

> Deleted: Plaintiff has never endorsed, used, or otherwise promoted these CBD products. Despite this, Meta approved and maintained advertisements using

        A.     Ownership of a valid and protectable right;

        B.     Commercial use by Defendant of Plaintiff's name, voice, signature, photograph, and/or likeness; and,

> Deleted: to drive sales for these CBD products. Because of this,…

        C.     Without Plaintiff's consent.

34.     Here, Plaintiff owned and continues to own the protectable right of his name, photograph, image, and likeness. The first element of the claim is met.

35.     Meta commercially used Plaintiff's name, photograph, or likeness in the CBD advertisements at issue (hereafter, "Unauthorized Ads"), and Plaintiff never provided his consent to Meta for such commercial use. In fact, Meta has no evidence of Huckabee's consent or his authority to publish the Unauthorized Ads for commercial use, because Plaintiff never provided it to Meta. Thus, Meta acted knowingly when it published the Unauthorized Ads without ever communicating with the Governor about the ads, notifying the Governor of the ads, and failing to seek his permission to use the ads to promote CBD products on Facebook.

> Formatted: Don't add space between paragraphs of the same style, Tab stops:  0.5", Left
> Deleted: is now wrongly associated with the CBD industry.…

10

Formatted: Header

36.     Ark. Code Ann. § 4-75-1110(a)(1)(F) provides that it is not a violation of the FBPPA if the defendant is a provider of a system or network and does not have actual knowledge that the commercial use of the name, photograph, or likeness is without plaintiff's consent in violation of the FBPPA, or in the absence of such actual knowledge, is not aware of facts or circumstances from which a violation of the FBPPA is apparent.

37.     Here, Meta is a provider of a system or network deserving of the § 4-75-1110(a)(1)(F) limited protection. But the Arkansas Legislature narrowed the exemption by reserving knowing or reckless acts of name, image, and likeness appropriation without consent is a violation of the FBPPA.

38.     Here, Defendant knowingly or recklessly used Plaintiff's name, photograph, and likeness in the Unauthorized Ads without his consent in violation of the FBPPA as evidenced by at least the following additional facts:

A.     Meta's advertising business ("Meta Ads") produces ads using basic material supplied by scammers to its automated Ads Manager application.

B.     Through its comprehensive "suite" of advertising tools and applications, Meta Ads controls every aspect of the production of each ad, thereby gaining a substantial amount of information about each advertiser, its products, and its objectives. The production process provides Meta with ample opportunities to detect ads that are fraudulent or that misappropriate information or images that belong to others, before such ads are included in the inventory vying for advertising space on Meta's social media platforms.

11

**Formatted:** Header

C.      Once the material is uploaded into Meta's Ads Manager application by its customer, Meta has its systems review each advertisement for accuracy and authenticity, and whether the ad is consistent with Meta's policies, terms, and conditions.

D.      Meta has developed and implemented both automated and manual review systems to determine whether an ad violates its own policy standards before Meta allows the ad to go live. Meta's automated and manual reviews are made in consideration of its published Advertising Standards and Community Standards. Under its own standards, Meta specifically provides that it will prohibit "potential privacy violations," "unsettling or inaccurate" information, and moreover, bar all ads that are not "authentic." META TRANSPARENCY CENTER; PRIVACY VIOLATIONS AND PERSONAL ATTRIBUTES AND INAUTHENTIC BEHAVIOR,  https://transparency.meta.com (last visited Dec. 16, 2024).

E.      Thus, under Meta's own published Advertising and Community Standards, Meta reviewed the Unauthorized Ads for privacy violations, for accuracy, and for authenticity. Yet even after its reviews, Meta chose to publish the Unauthorized Ads knowing they promoted CBD products falsely endorsed by the Governor without obtaining his permission or even attempting to notify him to obtain his authority to run the Unauthorized Ads.

F.      For more than four years now, Meta has known that public figures, such as the Governor, have had their names, images, and likenesses used to promote CBD products without their knowledge and consent. Indeed, well before Plaintiff's name, photograph, image, and likeness was wrongfully used by Meta in the Unauthorized Ads

12

**Formatted:** Header

from May of 2024, Meta knowingly used other public figures and celebrities to promote CBD products without their consent or authorization.

(1)    In the fall of 2020, Sir David Attenborough, the famed British broadcaster and natural historian, appeared in Facebook scam ads promoting CBD products. By November of 2020, public reports revealed the Facebook ads about Sir Attenborough's promotion of CBD products were false and published by Meta without his authorization. The Sun (UK Edition) reported Sir Attenborough was "furious" about the ads and, like Huckabee's experiences, learned about the fake Facebook ads after a fan bought CBD oil from its Facebook page and had been overcharged. Sir Attenborough's representatives reported the false and unauthorized ads to Facebook, and thus, Meta has known since November of 2020 that public figures, and their names, images, and likenesses were being wrongfully used to promote CBD products without their consent on Facebook. Lucy Murgatroyd, *Sir David Attenborough left 'appalled' after being used in fake cannabis oil advert*, THE U.S. SUN (Nov. 9, 2020, 18:10 ET), the-sun.com/entertainment/1768042/sir-david-attenborough-cannabis-advert/.

(2)    In late 2020, Facebook promoted CBD products once again and, this time, with the fake and unauthorized endorsement of professional skateboarder Tony Hawk. On December 3, 2020, Hawk debunked Facebook ad's "nonsense" on his own Facebook post. Thus, Meta was once again aware that its CBD ads were false and unauthorized by the supposed celebrity endorser.

(3)    In February of 2021, Dr. Mehmet Oz and Dr. Phillip McGraw (a/k/a Dr. Phil) appeared in false CBD promotion ads on Facebook, and immediately Dr. Oz and

13

Formatted: Header

Dr. Phil appeared on Facebook multiple times calling out these ads as false and published by Meta without their authorization and consent. Together with Sir Attenborough and Mr. Hawk, Dr. Oz's and Dr. Phil's reports put Meta on clear notice that public figures and celebrities were being used in fake CBD product ads on Facebook, and moreover, without their authorization and consent. Beware of CBD Products From Scammers, https://www.facebook.com/watch/?v=1378655755808451 (last visited Dec. 12, 2024) and Dr. Phil and Dr. Oz Fight Scammers, https://www.facebook.com/watch/drphilshow/2918166291748919 (last visited Dec. 12, 2024).

(4)     One month later, in March of 2021, Joyce Meyer Ministries reported on its Facebook Page that Facebook published false CBD ads saying Joyce Meyer was in poor health but being nursed back to good health by CBD oils. Like the Governor's experience, these scam Facebook ads said Ms. Meyer was stepping down from her ministry because of her poor health until CBD oils saved her and her ministry. Thus, by March of 2021, Facebook knew that public figures Sir Attenborough, Mr. Hawk, Dr. Oz, Dr. Phil, and Ms. Meyer had each been featured by Facebook in its ads promoting CBD products, and were published without proper authorization and were not authentic. Avoid This Fake News!, https://www.facebook.com/watch/?v=1063525670873425 (last visited Dec. 12, 2024).

(5)     Just a few months later, in June of 2021, Facebook ads promoting CBD products unauthorizedly used Harry Potter novelist J.K. Rowling in scam ads. Representatives of Ms. Rowling reported the fake and unauthorized ads to Facebook in

14

**Formatted:** Header

June of 2021, and therefore, Meta was obviously knowledgeable that all these public figures and celebrities were being wrongfully associated with CBD products in Facebook's ads, which were neither authentic—nor authorized—in violation of Meta's own standards. Bev Lyons, *JK Rowling baffles fans after using 'stoner' slang to 'endorse' CBD gummy bears*, DAILY RECORD (8 Jun. 2021, 18:07), dailyrecord.co.uk/entertainment/celebrity/jk-rowling-baffles-fans-after-24276018.

(6)     Also in June of 2021, Facebook published false CBD ads about popular pastor Charles Stanley "revealing his new CBD line on live TV." This Facebook ad, like Huckabee's false and unauthorized Facebook CBD ads, improperly used Fox News logos and branding to lend credibility to the supposed news story. On June 5, 2021, representatives of Mr. Stanley at his In Touch Ministries reported to Facebook and fans the Facebook CBD ads were scams, false, and not authorized. https://www.facebook.com/InTouchMinistries/posts/scam-alertscammers-have-been-falsely-reporting-that-dr-stanley-is-beginning-a-ne/10159420071917148/ (last visited Dec. 12, 2024).

(7)     Further proof that Meta knowingly promoted CBD products with fake endorsements by public figures and celebrities, without their consent, came to light the next month in July of 2021. Facebook, for at least the seventh time, published false CBD promotional ads, and this time with the unauthorized use of the likeness of "Shark Tank's" Kevin O'Leary. As with the Governor, Facebook's scam ad made itself look like a legitimate news story, but Meta knew it was not, and further, Meta knew it did not have O'Leary's permission to use his likeness in the false ad. On July 29, 2021, USA Today once

15

**Formatted:** Header

again reported on Facebook's sham CBD ads, and therefore, Meta was once again knowledgeable that Facebook had consistently and repeatedly used public figures and celebrities in false CBD product promotions. Devon Link, *Fact Check: CBD gummies in ad have no relation to 'Shark Tank' investors or contestants*, USA TODAY (July 29, 2021, 9:15 PM), usatoday.com/story/news/factcheck/2021/07/29/fact-check-cbd-gummy-hoax-has-no-relation-shark-tank/5419572001/.

(8)    The following month, August of 2021, Facebook used, without authorization, Fox News host Laura Ingraham in false promotion ads for CBD products. As with Huckabee, the false CBD Facebook ads contained Fox News' branding to lend credibility to a supposed news story promoting the use of CBD products. Facebook went so far to also include fake and unauthorized endorsements by conservatives Glenn Beck and Bill O'Reilly in the same scam and unauthorized ad. On August 19, 2021, FactCheck.org debunked this Facebook false ad, and after reporting these unauthorized and scam CBD ads featuring conservative figures such as Ms. Ingraham, Meta admitted the "ads violate our policies and we have removed them." Angelo Fichera and Saranac Hale Spencer, *On Facebook, Fake Stories Use Fox News Hosts to Hawk Dubious CBD Products*, FACTCHECK.ORG (Aug. 19, 2021), factcheck.org/2021/08/on-facebook-fake-stories-use-fox-news-hosts-to-hawk-dubious-cbd-products/.

(9)    The next month, September of 2021, Meta struck again with another unauthorized and scam Facebook CBD ad. This time, the unauthorized CBD ad used Canadian academic and environmental activist David Suzuki as its supposed endorser. Suzuki's foundation sounded the alarm in debunking Facebooks' false and unauthorized

16

**Formatted:** Header

ad, but Meta only removed "a handful accounts" that the Suzuki Foundation had shown had propagated the CBD scam. Jon Hernandez, *CBD gummy scams featuring David Suzuki's image snaring more victims, his foundation says*, CBC NEWS (Sep. 03, 2021, 5:00 AM CDT), cbc.ca/news/Canada/british-columbia/cbd-gummy-scams-featuring-david-suzuki-s-image-snare-more-and-more-victims-his-foundation-says-1.6163286. Regardless, Meta was clearly acting knowingly, or at least recklessly, in habitually promoting CBD products with unauthorized popular figure fake endorsements.

      (10)   A few days later, celebrity chef Maggie Beer warned her followers that Facebook had wrongfully used her name, image, and likeness without her permission in false ads promoting CBD products. Ms. Beer reported the unauthorized and CBD scam ads to Facebook and her followers on her website and through a video she posted on her Facebook page. Karie Cornell, *Scammers use Maggie Beer's face in fake CBD oil ad*, CANNAUS (4 years ago), cannaus.com.au/national/scammers-use-maggie-beers-face-in-fake-cbd-oil-ad/. Regardless, Meta continued to publish unauthorized false CBD ads with multiple unsuspecting public figures and celebrities.

      (11)   The following month, October of 2021, once again Facebook understood its fake CBD promotions wrongfully using a public figure endorsement were unacceptable. This time, minister Dr. James Dobson was Defendant's victim. Dr. Dobson reported the ad as bogus to Facebook in his own Facebook page post. Further, the Dr. James Dobson Family Institute issued a press release on October 19, 2023, about the unauthorized and false CBD ad promoted by Facebook. Dr. James Dobson and Joe Waresak, *The Online Claims About Dr. James Dobson Are Bogus!*, DR. JAMES DOBSON FAMILY

17

**Formatted:** Header

INSTITUTE (Oct. 19, 2023), drjamesdobson.org/articles/the-online-claims-about-dr-james-dobson-are-bogus.

(12)    In early 2022, Meta became aware that CNN's chief medical correspondent, Dr. Sanjay Gupta appeared in scam Facebook ads saying Dr. Gupta supported the use of CBD gummies. In this instance, an article, purportedly authored by CNN's Maggie Fox and Elizabeth Cohen, claimed that Dr. Gupta "made headlines" after revealing his new line of CBD gummies. The false ad also included fake quotes by celebrities Tom Hanks, Randy Jackson, Drew Carrey, and Halle Berry. On January 19, 2022, USA Today reported the scam ads Facebook published also included fake CNN health logos and were never authorized by Dr. Gupta. Thus, Meta was acutely aware its CBD ads were falsely associating public figures and celebrities with CBD products and were repeatedly reviewed, approved, and published by Meta without consent of the public figure or celebrity. McKenzie Sadeghi, *Fact check: Fake advertisement falsely claims Sanjay Gupta launced new CBD gummy line*, USA TODAY (Jan. 19, 2022, 5:08 PM), usatoday.com/story/news/factcheck/2022/01/19/fact-check-fake-ad-falsely-links-sanjay-gupta-cbd-gummy-line/6563741001/.

(13)    In about March of 2022, Meta published more false and unauthorized CBD ads with, once again, false Fox News branding stating that Jeopardy host Mayim Bialik "reverses dementia" with CBD gummies. After the Facebook unauthorized ads ran, Bialik reported to Meta through her own Instagram (owned by Meta) posts that the ads were a hoax, and she denied any involvement in CBDs. Moreover, in an April 19, 2022 news report, Bialik reported the unauthorized and fake

18

**Deleted:** and maintained these advertisements with

**Formatted:** Font color: Text 1

Formatted: Header

ads to Meta, but to no avail. Connor Perrett, *Facebook is overrun with bizarre ads claiming Jeopardy! host Mayim Bialik is embroiled in scandal. It's actually an attempt to sell CBD gummies.*, BUSINESS INSIDER (Apr. 19, 2022, 3:44 PM CDT), businessinsider.com/bizarre-ads-facebook-mayim-bialik-is-selling-cbd-gummies-2022-4.

(14)   On or about January 10, 2023, celebrity actress Jennifer Aniston denounced her involvement with CBD products after Meta published false and unauthorized ads about her endorsement of CBDs on Instagram and Facebook. Indeed, in her Instagram post, Aniston said the posts were illegal and would be prosecuted. Simply put, Meta is fully aware its multiple false CBD ads and unauthorized public figure endorsements are unlawful.

G.     By the time Meta reviewed, approved, and published the false and unauthorized CBD ads with the Governor's name, photograph, image, and likeness, it had as many as 14 prior occasions of promoting CBD products with fake and unauthorized celebrity endorsements. On each of those occasions, Meta was made fully aware by the personalities themselves, or their representatives, and by the media, that its CBD ads were unauthorized and false. Yet, Meta continued to review, approve, and publish the false and unauthorized CBD ads featuring the names, images, and likenesses of public figures.

H.     After Meta reviewed and approved the Unauthorized Ads against its published Advertising and Community standards, it clearly understood, based upon years of multiple like experiences, the Unauthorized Ads concerning the Plaintiff were not accurate, not authentic, and invaded Plaintiff's privacy. Regardless, Meta knowingly,

19

**Formatted:** Header

or at least recklessly, chose to publish the ads for a commercial purpose without obtaining Huckabee's consent or even communicating with him at all about the Unauthorized Ads.

I.      Meta is not a passive bystander regarding the success of its produced ads. Meta profits from engagement, whether for good or for harm. Governor Huckabee is a well-known public figure, and ads featuring him and his image generate engagement. Meta also profits by collecting data about its users. Ads featuring the Governor give Meta valuable tracking data on users across its platforms who are interested in him, and those who will respond to ads involving him. Meta profits in both ways.

39.     Further, in about 2021, Defendant flagged Huckabee's own Facebook page for content it deemed false and misleading and placed his page into what has commonly been called "Facebook Jail." Yet, even after four years of scam CBD ads with fake public figure endorsements by Meta, through its own first-party speech, Defendant published its own false and misleading stories about the Governor. Clearly, such acts against Huckabee, combined with Meta's knowledge of years of scam CBD ads, amounts to actual malice, and is most certainly reckless behavior.

**Deleted:** or, at least, with

40.     Based upon Meta's violations of the FBPPA, as detailed above, Plaintiff is entitled to actual damages and all of Meta's profits attributable to its commercial use of Huckabee's name, image, photograph, and likeness.   Ark. Code. Ann. § 4-75-1109(c)(1)(A)-(B).

41.     Plaintiff suffered actual damages in that the ads negatively impacted the Governor both professionally and personally. Professionally, Plaintiff is paid for

Formatted: Header

speaking engagements, endorsement contracts, and his television show on Trinity Broadcasting Network ("TBN"). The Unauthorized Ads most certainly damaged his professional reputation, and he personally suffered anxiety and stress of having prospective producers of events and possible endorsement contracting parties believing he was endorsement either marijuana or similar CBD products, or that he was too sick to continue his television show, speeches, or appearances. Further, the Unauthorized Ads were published at a time his TBN contract was up for renewal, and as a result of their publication, the Governor was forced to have communication and conferences with the network to address the Unauthorized Ads and how he was not sick and he was not endorsing marijuana or its derivative products. Further, because his television show is on a Christian network he had extreme concerns that his reputation and the network's reputation was tarnished by the Unauthorized Ads publishing fake statements about his health and endorsement of CBD products. Moreover, Plaintiff suffered tremendous worry, anxiety, and stress out of concerns that his supporters would purchase the CBD products based upon the fraudulent ads and his false endorsement, and thus, be victims of Facebook's scam, and possibly, the purchasers of these worthless products would attempt to hold Plaintiff liable and responsible, which would also have a negative impact on his creditability and reputation.

42.    Further, Plaintiff is entitled to punitive damages as Meta acted with malice in that it knew, or should have known (and was) based on the allegations asserted above in Paragraphs 38, including its subparagraphs, through 40, its conduct would naturally

Formatted: Don't add space between paragraphs of the same style, Tab stops: 0.5", Left

21

and probably result in damage, yet Meta continued such conduct in reckless disregard of the consequences from which malice may be inferred.

## COUNT II
## INVASION OF PRIVACY – FALSE LIGHT

43. Plaintiff incorporates all allegations and applications of law asserted above.

44. Under Arkansas law, publicity that unreasonably places a person in a false light before the public is an invasion of privacy. *Pingatore v. Union Pacific Railroad Company*, 2017 Ark. App. 459, *10, 530 S.W.3d 372, 379 (Ark. App. 2017).

45. The false light invasion of privacy claim has two essential elements.

    A. That the false light in which the complaining party was placed by the publicity would be highly offensive to a reasonable person; and,

    B. That the defendant knew, or acted in reckless disregard of, the falsity of the publicized matter and the false light in which the plaintiff would be placed.

46. The Unauthorized Ads falsely stated the following:

    A. Plaintiff was leaving his job at Trinity Broadcasting Network to pursue "[a] greater purpose," which was to endorse and promote Fortin CBD gummies.

    B. Plaintiff was suffering from health problems, and Fortin CBD gummies were a miracle cure.

22

C.   In ads with manufactured and false Fox News branding, stated Huckabee was leaving his television show due to health problems, and had the following false and fictitious quotes attributed to the Plaintiff as follows:

i.   "My health has not been good for years. I was in a four-year battle with this autoimmune disease, but without getting into all the details, the bottom line is it would leave all my major muscle in pain pretty much 24 hours a day. This led to extreme sleep deprivation too, which further weekend my immune system[.]"

ii.   "Some older men and women see CBD as having the hallucinogenic effects like 'pot' or 'weed' but that's not true at all. CBD has no THC whatsoever, which means there are absolutely no hallucinogenic effects. As a God-fearing Christian, I would never in my life take drugs of any kind. CBD is completely safe, but the negative stigma around it meant there was still a problem with the CBD products on the market."

iii.   "After connecting with this world[-]renowned team of doctors and scientists who found a solution to this problem, I can confidently say CBD is the future of medicine in America. This product is all natural, and is especially helpful for older people like myself [sic] battling high blood pressure, chronic pain, and sleep deprivation. I've never felt healthier[,] and I owe it all to this miracle."

iv.   "CBD cured me and can save American lives[.]"

D.   This Fox News faux news story advertisement referred to Fortin CBD gummies as "Huckabee's product[,]" inaccurately claiming that Plaintiff is the CEO of Fortin.

47.   The Governor has a weekly news, variety, and entertainment television show called "Huckabee," which since 2017 has aired on TBN. The false ads misleadingly

23

Formatted: Header

stated Huckabee was so ill that he was having to give up his show on TBN. False public statements about someone losing their job are highly offensive to a reasonable person, and Huckabee was highly offended by the publicly false statements that he was losing his job at TBN due to an illness and that CBD products had cured him.

48.    Statements made publicly about a person being very ill and resorting to CBD products as a cure are offensive to a reasonable person, and Huckabee was highly offended by the publicly false statements that he was seriously ill and treating himself with CBDs.

49.    Publicly false statements about a person not using drugs but feeling CBD products are not drugs and are "completely safe" are highly offensive to a reasonable person, and Huckabee was highly offended by these publicly false statements.

50.    The publicly false and fictitious quote attributable to Plaintiff and stating, "After connecting with this world[-]renowned team of doctors and scientists who found a solution to this problem, I can confidently say CBD is the future of medicine in America. This product is all natural, and is especially helpful for older people like myself [sic] battling high blood pressure, chronic pain, and sleep deprivation. I've never felt healthier[,] and I owe it all to this miracle," is highly offensive to a reasonable person, and Huckabee was highly offended by these publicly false statements.

51.    The publicly false statements that these CBD products were Huckabee's product and he was the CEO of the CBD company are highly offensive to a reasonable person, and Huckabee was highly offended by these publicly false statements.

24

52.    As a result of Meta's review, approval, and publication of these false advertisements, Plaintiff has now become malignly associated with the CBD industry and has been falsely portrayed as suffering from an autoimmune disease. This publicity puts Plaintiff in a false light, which would be highly offensive to the Governor and would be highly offensive to a reasonable person.

53.    Meta knew, or acted in reckless disregard of, the falsity of the publicized matter and the false light in which the Plaintiff would be placed for all the reasons and allegations asserted above in Paragraphs 38 through 40, including their subparagraphs, which are all fully incorporated herein as if repeated here word for word.

54.    As a proximate result of Meta's wrongdoing, Plaintiff has suffered monetary damages and compensatory damages, including injuries for mental distress, public humiliation, and impairment of reputation and standing in the community, as pled in Paragraph 41 above, which is fully incorporated herein by reference. Further, Plaintiff is entitled to punitive damages for Meta's malicious acts against him.

## COUNT III
### DEFAMATION

55.    Plaintiff incorporates all allegations and applications of law asserted above.

56.    The Unauthorized Ads contained the following false and defamatory statements:

25

**Formatted:** Header

A.     Plaintiff was leaving his job at TBN to pursue "[a] greater purpose," which was to endorse and promote Fortin CBD gummies.

B.     Plaintiff was suffering from health problems, and Fortin CBD gummies were a miracle cure.

C.     In ads with manufactured and false Fox News branding, stated Huckabee was leaving his television show due to health problems, and had the following false and fictitious quotes attributed to the Plaintiff as follows:

v.   "My health has not been good for years. I was in a four-year battle with this autoimmune disease, but without getting into all the details, the bottom line is it would leave all my major muscle in pain pretty much 24 hours a day. This led to extreme sleep deprivation too, which further weekend my immune system[.]"

vi.   "Some older men and women see CBD as having the hallucinogenic effects like 'pot' or 'weed' but that's not true at all. CBD has no THC whatsoever, which means there are absolutely no hallucinogenic effects. As a God-fearing Christian, I would never in my life take drugs of any kind. CBD is completely safe, but the negative stigma around it meant there was still a problem with the CBD products on the market."

vii.   "After connecting with this world[-]renowned team of doctors and scientists who found a solution to this problem, I can confidently say CBD is the future of medicine in America. This product is all natural, and is especially helpful for older people like myself [sic] battling high blood pressure, chronic pain, and sleep deprivation. I've never felt healthier[,] and I owe it all to this miracle."

viii.   "CBD cured me and can save American lives[.]"

26

Case 1:24-cv-00773-GBW    Document 26-1    Filed 12/16/24    Page 28 of 33 PageID #:
177

**Formatted:** Header


     D.    This Fox News faux news story advertisement referred to Fortin

           CBD gummies as "Huckabee's product[,]" inaccurately claiming

           that Plaintiff is the CEO of Fortin.

57.    The Governor has a weekly news, variety, and entertainment television show called "Huckabee," which since 2017 has aired on TBN. The ads were defamatory, meaning they tend to harm the reputation of the Plaintiff, because they falsely stated Huckabee was so ill that he was having to give up his show on TBN. These false public statements about Huckabee losing his job were defamatory.

58.    The publicly false statements about Huckabee being very ill and resorting to CBD products for treatment were defamatory.

59.    The publicly false statements about Huckabee having an autoimmune disease were defamatory.

60.    Publicly false statements about a person not using drugs but feeling CBD products are not drugs and are "completely safe," were defamatory.

61.    The publicly false and fictitious quote attributable to Plaintiff and stating, "After connecting with this world[-]renowned team of doctors and scientists who found a solution to this problem, I can confidently say CBD is the future of medicine in America. This product is all natural, and is especially helpful for older people like myself [sic] battling high blood pressure, chronic pain, and sleep deprivation. I've never felt healthier[,] and I owe it all to this miracle," were defamatory.

62.    The publicly false statements that these CBD products were Huckabee's product, and he was the CEO of the CBD company, were defamatory.

<div align="center">27</div>

63.    Meta acted with actual malice with knowledge of the falsities of its public statements about Plaintiff, or in reckless disregard for their truth for the reasons and allegations asserted above in Paragraphs 38 through 40, including their subparagraphs, which are all fully incorporated herein as if repeated here word for word.

64.    As a proximate result of Meta's defamatory statements alleged above and directed toward the Plaintiff, Plaintiff has suffered compensatory monetary losses, and has also suffered injury to his reputation, mental anguish, embarrassment, emotional distress, humiliation, and mental suffering as pled in Paragraph 41 above, which is fully incorporated herein by reference, for which Meta is liable. Further, Plaintiff is also entitled to punitive damages for Defendant's malicious acts to harm Plaintiff.

## COUNT IV
### NEGLIGENCE

65.    Plaintiff incorporates all allegations and applications of law asserted above.

66.    Meta owed a duty to Plaintiff to design and operate its advertising business in a commercially reasonable manner. Here, Meta reviewed the Unauthorized Ads, approved them, and published them against its own Advertising and Community Standards, which forbid ads that impact personal privacy, are not authentic, or are inaccurate. Indeed, Meta's advertisement policies, and automated and manual review processes, are designed to prohibit "potential privacy violations," "unsettling or inaccurate" information, and bars all ads that are not "authentic." META'S TRANSPARENCY

28

Formatted: Header

CENTER; PRIVACY VIOLATIONS AND PERSONAL ATTRIBUTES AND INAUTHENTIC BEHAVIOR, https://transparency.meta.com (last visited Dec. 16, 2024).

67.     Meta breached its duties of reasonable care by knowingly acting as an advertising agency and "information content provider" and knowingly producing the Unauthorized Ads about the Plaintiff knowing the ads violated its own advertising policies, including its published Advertising and Community Standards.

68.     Meta further breached its duties owed to Plaintiff by (a) knowingly designing its advertising business and its Ads Manager application to produce and facilitate ads by shady businesses selling CBD products; (b) knowingly designing and employing defective procedures to review, approve, and publish ads using public figures and celebrities to endorse CBD products without authorization, causing privacy violations, publishing unsettling or inaccurate information, and being unauthentic; and, (c) knowingly designing and employing review and approval that were ineffective.

69.     Meta breached the duties it owed to Plaintiff because it knew, or had reason to know, scam CBD advertisers had existed on its platforms since at least 2020 and that before the Unauthorized Ads were published on Facebook in March of 2024 that there were at least 14 prior and similar instances where public figures were abused in like scam CBD ads on Facebook, as pled above in Paragraphs 38, including its subparagraphs, through 40.

70.     Meta breached its duties owed to Plaintiff by failing to warn him of the Unauthorized Ads and to properly request his consent to their publication. In fact, Meta had actual and constructive knowledge that the Unauthorized Ads were false and likely

29

Formatted: Header

shams based on its four-year history with similar pubic figure endorsed CBD fake ads, as pled above in Paragraphs 38, including its subparagraphs, through 40, but it failed to warn Plaintiff of the Unauthorized Ads and negligently failed to properly ask for his consent to publish those ads.

71.   Meta knows it failed to follow its own ad review and approval processes, procedures, and Advertising and Community Standards.

72.   As a proximate result of Meta's negligence, Plaintiff has suffered damages in terms monetary harms, reputational harm, and mental and emotional distress, as pled in Paragraph 41 above, which is fully incorporated herein by reference.

## COUNT V
## UNJUST ENRICHMENT

73.   Plaintiff incorporates all allegations and applications of law asserted above.

Formatted: Tab stops:  0.5", Left

74.   In violation of Arkansas law, Meta profited from the exploitation and unauthorized use of Plaintiff's name, photograph, and likeness by unjustly reviewing, approving, and publishing the Unauthorized Ads, and therefore, has been unjustly enriched by its unjust conduct.

Deleted: such wrongful

75.   For the reasons and allegations set forth above in Paragraph 38 through 40, including all subparagraphs, Meta unjustly received a benefit through revenues associated with the Unauthorized Ads to which it is not entitled, and which it must compensate Plaintiff for the unjust benefit Defendant received at Plaintiff's expense.

30

76.     Plaintiff is entitled to restitution from Meta of all monies Meta obtained
from the review, approval, publication, and maintenance of the Unauthorized Ads
wrongfully exploiting Plaintiff.

## PUNITIVE DAMAGES

77.     Plaintiff is entitled to recover punitive damages from Meta for its malicious
conduct. Considering the surrounding circumstances, Meta knew or should have known
that its conduct would naturally and probably result in damage, yet Meta continued such
conduct either knowingly or in reckless disregard of the consequences from which malice
may be inferred.

## JURY TRIAL DEMANDED

78.     Plaintiff demands a jury of twelve on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays that the Court enters judgment in his favor on all
the claims asserted herein, to order all the requested relief pled above, and to provide
him all other just and appropriate relief.

31

Respectfully submitted,

**BELLEW, LLC**

*/s/ Sean J. Bellew*

Sean J. Bellew, Delaware Bar No. 4072
sjbellew@bellewllc.com
2961 Centerville Rd., Ste. 302
Wilmington, DE 19808
(302) 252-4951

**POYNTER LAW GROUP, PLLC**

Scott Poynter, Ark Bar 09077*
scott@poynterlawgroup.com
Daniel Holland, Ark Bar 2019237*
daniel@poynterlawgroup.com
Clay Ellis, Ark. Bar 2023183*
clay@poynterlawgroup.com
4924 Kavanaugh Blvd.
Little Rock, AR 72207
(501) 812-3943

*Admitted pro hac vice

32