**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| MIKE HUCKABEE,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | C.A. No. 24-cv-773-GBW |

**STIPULATION AND PROPOSED ORDER**
**OF VOLUNTARY DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED, by and among the parties to the above-captioned action, through their undersigned counsel, subject to the approval of the Court, that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs, fees, and expenses.

BELLEW, LLC

*/s/ Sean J. Bellew*
Sean J. Bellew (No. 4072)
2961 Centerville Road, Suite 302
Wilmington, DE 19808
(302) 252-4951
sjbellew@bellewllc.com

*Attorneys for Plaintiff*

OF COUNSEL:

Scott Poynter
Clay Ellis
POYNTER LAW GROUP, PLLC
4924 Kavanaugh Blvd.
Little Rock, AR 72207
(501) 812-3943
scott@poynterlawgroup.com
clay@poynterlawgroup.com

PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP

*/s/ Matthew D. Stachel*
Matthew D. Stachel (No. 5419)
Miranda N. Gilbert (No. 6662)
1313 North Market Street, Suite 806
Wilmington, DE 19801
(302) 655-4410
mstachel@paulweiss.com
mgilbert@paulweiss.com

*Attorneys for Defendant*

OF COUNSEL:

Walter F. Brown
PAUL, WEISS, RIFKIND,
WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
(628) 434-5100
wbrown@paulweiss.com

Dated: November 13, 2026

SO ORDERED: 11/16/2026

The Hon. Gregory B. Williams
United States District Court Judge